# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0342.  JEAN JOCELYN MERILIEN v. WENDY L. SHOOB, JUDGE et al.**

On May 1, 2017, the trial court entered an order denying prisoner Jean Jocelyn Merilien's request to proceed in forma pauperis in a proposed mandamus petition against Judge Wendy L. Shoob.  Merilien filed a motion for reconsideration, which the trial court denied.  On February 20, 2018, Merilien filed this application seeking discretionary review of the trial court's denial of his motion for reconsideration.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-34 (d). *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Merilien filed his application nine months after entry of the order denying filing of the mandamus petition. Although Merilien filed a motion for reconsideration, the denial of a motion for reconsideration of an appealable order or judgment is not itself appealable and does not extend the time for filing a notice of appeal or an application for appeal. See *Campbell v. State*, 192 Ga. App. 316 (385 SE2d 14) (1989); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Thus, this application is untimely as to the order

denying filing and invalid as to the order denying reconsideration. Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/16/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

2